IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHELSEA KOENIG** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1396 |
| | : | |
| **GRANITE CITY FOOD & BREWERY, LTD.** | : | |
| | : | |

## MINUTE ENTRY  -  REPORT OF CONFERENCE

On this 21st day of December 2016 a Telephone Conference was held with the Hon. Mark A. Kearney and all counsel.

REMARKS:  Initial Pretrial Conference

*/s/Ulrike Hevener*
Ulrike Hevener,
Deputy Clerk to
Judge Kearney

**Total Time in Conference:  20 minutes.**